EJS:bcb        1/24/08        WHITE        17378-3-69

### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| IMT INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08 C 50016 |
| ) | |
| MADISON JAMES, INC., d/b/a ) | Mag. Michael P. Mahoney |
| BACKSTREET BAR AND ) | |
| RESTAURANT, an Illinois corporation, ) | |
| and STEVEN TROY, Individual, and on ) | |
| behalf of a class, ) | |
| ) | |
| Defendants. ) | |

### RULE 7.1 DISCLOSURE STATEMENT

The IMT Group owns 100% of the stock of IMT Insurance Company.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1-28-08

_/s/ T. Welch_
Timothy Welch, CPCU
Director of Claims
IMT Insurance Company