IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION, ROCKFORD

| | | |
|---|---|---|
| IMT INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:08-cv-50016 |
| | ) | |
| | ) | Judge Kapala |
| v. | ) | |
| | ) | Magistrate Judge Mahoney |
| MADISON JAMES, INC., d/b/a | ) | |
| BACKSTREET BAR AND | ) | |
| RESTAURANT, an Illinois corporation, | ) | |
| and STEVEN TROY, individually and on | ) | |
| behalf of a class, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANT
STEVEN TROY TO ANSWER OR OTHERWISE RESPOND**

Defendant Steven Troy ("Troy"), by and through his attorneys, and respectfully submits this Agreed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff IMT Insurance Company's ("IMT") Complaint for Declaratory Judgment ("Complaint"). In support of this Motion, Troy states the following:

1. Troy seeks an extension to March 28, 2008 to answer or otherwise respond to IMT's Complaint.

2. Counsel for IMT has agreed to the proposed relief.

3. Troy will use the requested extension to pursue the possibility of settlement with IMT.

4. Neither the Plaintiff nor any Defendant will be prejudiced by an order extending

Troy's time to answer IMT's Complaint.

WHEREFORE, Troy respectfully requests that this Court grant his agreed motion to extend the time to answer or otherwise respond to the IMT's Complaint.

                    Respectfully submitted,

                    s/Zachary A. Jacobs
                      Zachary A. Jacobs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Zachary A. Jacobs
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

   I, Zachary A. Jacobs , hereby certify that on February 8, 2008, a copy of the foregoing **AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANT STEVEN TROY TO ANSWER OR OTHERWISE RESPOND** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Esther Joy Schwartz  eschwartz@stellatoschwartz.com

Brian C. Bassett  bbassett@stellatoschwartz.com

David S. Allen  dallen@stellatoschwartz.com

Notice of this filing will also be sent via U.S. Mail and facsimile to the following party:

David Baugh
David Carlson
Gara Sliwka
Baugh, Carlson & Ryan, LLC
55 West Monroe Street, Suite 600
Chicago, IL 60603
(312)759-0402 (facsimile)
Attorneys for Madison James, Inc.

            s/ Zachary A. Jacobs
            Zachary A. Jacobs

            Daniel A. Edelman
            Cathleen M. Combs
            James O. Latturner
            Zachary A. Jacobs
            EDELMAN, COMBS, LATTURNER
             & GOODWIN LLC
            120 S. LaSalle Street, 18th Floor
            Chicago, Illinois  60603
            (312) 739-4200
            (312) 419-0379 (FAX)