U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                   Case Number: 3:08-cv-50016

IMT Insurance Company,
v.
Madison James, Inc., d/b/a Backstreet Bar and Restaurant, an
Illinois Corporation, and Steven Troy, individually and on
behalf of a class.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, Madison James, Inc., d/b/a Backstreet Bar and Restaurant, an Illinois corporation

| | |
|---|---|
| NAME (Type or print) David A. Baugh | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ David A. Baugh | |
| FIRM Baugh, Carlson & Ryan, LLC | |
| STREET ADDRESS 55 W. Monroe Street, Suite 600 | |
| CITY/STATE/ZIP Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6182391 | TELEPHONE NUMBER 312-863-3660 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |