IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION, ROCKFORD

| | |
|---|---|
| IMT INSURANCE COMPANY, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 3:08-cv-50016 |
| MADISON JAMES, INC., d/b/a BACKSTREET BAR AND RESTAURANT, an Illinois corporation, and STEVEN TROY, individually and on behalf of a class, | ) Judge Frederick J. Kapala<br>) Magistrate Judge Mahoney |
| Defendants. | ) |

**AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANT MADISON JAMES, INC., d/b/a BACKSTREET BAR AND RESTAURANT TO ANSWER OR OTHERWISE PLEAD**

Defendant Madison James, Inc., d/b/a Backstreet Bar and Restaurant ("Defendants"), by and through his attorneys, Baugh, Carlson & Ryan, LLC, respectfully submits this Agreed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff IMT Insurance Company's ("IMT") Complaint for Declaratory Judgment. In support of this Motion, Defendants state as follows:

1. Defendants seeks an extension to March 28, 2008 to answer or otherwise respond to IMT's Complaint.

2. Counsel for IMT has agreed to the proposed relief.

3. Defendants will use the requested extension to pursue the possibility of settlement with IMT.

4. Neither the Plaintiff nor any Defendant will be prejudiced by an order extending Defendants time to answer IMT's Complaint.

WHEREFORE, Defendants respectfully requests that this Court grant his agreed motion to extend the time to answer or otherwise respond to IMT's Complaint.

Respectfully Submitted,

MADISON JAMES, INC., d/b/a
BACKSTREET BAR AND
RESTAURANT, Defendants,


By: _____/s/ Gara M. Sliwka_____
       One of Their Attorneys


David A. Baugh – ARDC No. 6182391
Gara M. Sliwka – ARDC No. 6290781
Baugh, Carlson & Ryan, LLC
55 W. Monroe Street, Suite 600
Chicago, IL 60603
312-759-1400

## CERTIFICATE OF SERVICE

I, Gara M. Sliwka, an attorney herein, certify that a true and correct copy of the foregoing Agreed Motion For Extension of Time for Defendants to Answer or Otherwise Respond was caused to be served upon the following parties, by electronic means, this 12th day of February, 2008:

| | |
|---|---|
| David S. Allen: | dallen@stellatoschwartz.com |
| Brian C. Bassett: | bbassett@stellatoschwartz.com |
| Esther Joy Schwartz: | eschwartz@stellatoschwartz.com |
| Daniel A. Edelman: | dedelman@edcombs.com |
| Cathleen M. Combs: | ccombs@edcombs.com |
| James O. Latturner: | jlatturner@edcombs.com |
| Zachary A. Jacobs: | zjacobs@edcombs.com |

_/s/ Gara M. Sliwka_

David A. Baugh – ARDC No. 6182391
Gara M. Sliwka – ARDC No. 6290781
Baugh, Carlson & Ryan, LLC
55 W. Monroe Street, Suite 600
Chicago, IL 60606
312-759-1400