IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF ILLINOIS,
WESTERN DIVISION, ROCKFORD

| | |
|---|---|
| IMT INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No.:  08-CV-50016 |
| | ) |
| MADISON JAMES, INC. d/b/a | ) |
| BACKSTREET BAR AND RESTAURANT, | ) |
| an Illinois corporation, and STEVEN TROY, | ) |
| Individually, and on behalf of a class, | ) |
| | ) |
| Defendants. | ) |

### REPORT OF PARTIES' PLANNING MEETING

**1. Meeting.** Pursuant to FED. R. CIV. P. 26(f) and this Court's directive, Brian Bassett for Plaintiff IMT Insurance Company, Zachary Jacobs for Defendant Steven Troy, and Gara Sliwka for Defendant Madison James Inc. conferred electronically on Thursday, May 1, 2008.

**2. Pre-trial Schedule.** Plaintiff anticipates filing a Motion for Judgment on the Pleadings by May 9, 2008, and that the Motion will resolve all claims pending by and amongst the parties in this declaratory judgment lawsuit. Plaintiff suggests that the issues raised in the pleadings do not necessitate or require discovery at this time as they only pertain to insurance policy interpretation against the allegations in the underlying complaint.

Defendants suggest that any briefing schedule on such a motion allow for appropriate discovery regarding Plaintiff's past handling of similar claims, interpretation of similar contracts, and other issues raised in the pleadings.

3.   **Settlement.**  Parties have had preliminary discussions regarding settlement, but have not at this time come to an agreement.

Dated: May 1, 2008

                                        Respectfully submitted,

                                        s/Zachary A. Jacobs
                                        Zachary A. Jacobs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Zachary A. Jacobs
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)
Attorneys for Steven Troy

## **CERTIFICATE OF SERVICE**

I, Zachary A. Jacobs, hereby certify that on May 1, 2008 a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

David A. Baugh         dbaugh@bcrattys.com

Gara M. Sliwka         gsliwka@bcrattys.com

David S. Allen         dallen@stellatoschwartz.com

Brian C. Bassett       bbassett@stellatoschwartz.com

Esther Joy Schwartz    eschwartz@stellatoschwartz.com

s/ Zachary A. Jacobs
Zachary A. Jacobs
