6181383          EJS:dms          5/1/08          WHITE          17378-3-69

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| IMT INSURANCE COMPANY, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08 C 50016 |
| ) | |
| MADISON JAMES, INC., d/b/a ) | Mag. Michael P. Mahoney |
| BACKSTREET BAR AND ) | |
| RESTAURANT, an Illinois corporation, ) | |
| and STEVEN TROY, Individual, and on ) | |
| behalf of a class, ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT

I, Timothy Welch, CPCU, not individually, but as authorized representative of IMT Insurance Company, state, under oath and under penalty of perjury, that I am over the age of eighteen (18) years, am under no disability, and if called to testify at a hearing in the above-entitled cause, would competently testify from my own personal knowledge as to the truth of the following facts:

1. Affiant is currently the Director of Claims of IMT Insurance Company, the plaintiff in this coverage litigation, which has its headquarters in Des Moines, Iowa, and has personal knowledge of the facts stated herein. Affiant has held this position since March 2005. Previously, Affiant was the District Claim Manager of the Des Monies Office. Affiant has worked at IMT Insurance Company since 1983.

2. Affiant is familiar with the claims and lawsuits handled by IMT Insurance in Illinois and around the country.

3. The current claim, under cause No. 07 CV 5394, entitled *Troy v. Madison James, Inc.*, is the first and only reported case handled by IMT in Illinois and other states, under 15 U.S.C. § 1681c, of the Fair Credit Reporting Act ("FCRA").

4. Affiant is not aware of any IMT insured sued under Telephone Consumer Protection Act of 1991 ("TCPA") (47 U.S.C. § 227 *et seq.*) to date, nor of any claim for coverage and/or

payment under said Act being presented to IMT by an insured or underlying claimant/plaintiff in Illinois or in any other state.

5. Affiant is not aware of any IMT insured sued for "can spam" violations under sections 15 U.S.C. 7701 to 7713 to date nor of any claim for coverage and/or payment under these sections being presented to IMT by an insured or underlying claimant/plaintiff in Illinois or in any other states.

6. Affiant is not aware of similar individual and/or class actions claims under the Personal and Advertising Injury coverage of the IMT policies against its insureds in Illinois and in other states.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Timothy Welch, CPCU

## CERTIFICATION

Under penalty of perjury and under oath, I, Carol Masonberg, certify that the statements set forth in this instrument are true and correct, except as to matters herein stated to be on information and belief, and as to such matters I certify that I verily believe the same to be true.

_____
Timothy Welch, CPCU

2