BCB (6285714)          BCB:kl          05/02/08          WHITE          17378-3-69

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | | |
|---|---|---|
| IMT INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 C 50016 |
| | ) | |
| MADISON JAMES, INC., d/b/a | ) | Mag. Michael P. Mahoney |
| BACKSTREET BAR AND | ) | |
| RESTAURANT, an Illinois corporation, | ) | |
| and STEVEN TROY, Individual, and on | ) | |
| behalf of a class, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To:     Mr. Daniel A. Edelman
        Ms. Cathleen M. Combs
        Mr. James O. Latturner
        Mr. Zach Jacobs
        Elelman, Combs, Latturner & Goodwin, LLC
        120 South LaSalle Street, 18th Floor
        Chicago, Illinois 60603

_____  Mr. David Baugh
        Ms. Gara Sliwka
        Baugh, Carlson & Ryan
        55 W. Monroe Street
        Suite 600
        Chicago, IL 60603

        YOU ARE HEREBY NOTIFIED that on May 2, 2008, there was filed with the Clerk of the
United States District Court, Northern District of Illinois, Affidavit of Timothy Welch, a copy of
which is attached hereto.

                              s/ Stellato & Schwartz, Ltd._____
                              STELLATO & SCHWARTZ, LTD.

EJS (6181383)
BCB (6285714)
DSA (03128186)
STELLATO & SCHWARTZ, LTD.
Attorneys for Defendants
120 North La Salle Street, 34th Floor
Chicago, Illinois 60602
(312) 419-1011

     I certify that I served this Notice by electronically mailing a copy to each person to whom it is directed at the address above indicated by using the CM/ECF system on May 2, 2008.


     _s/ Brian C. Bassett_____
     Brian C. Bassett