6181383 (EJS)        EJS:bcb           5/14/08            WHITE           17378 3-69

### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| IMT INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 08 C 50016 |
| | ) |
| MADISON JAMES, INC., d/b/a | ) Mag. P. Michael Mahoney |
| BACKSTREET BAR AND | ) |
| RESTAURANT, an Illinois corporation, | ) |
| and STEVEN TROY, Individual, and on | ) |
| behalf of a class, | ) |
| | ) |

### STIPULATION OF VOLUNTARY DISMISSAL

**IT IS HEREBY STIPULATED** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and pursuant to the settlement agreement reached by Plaintiff IMT Insurance Company ("IMT") and Defendants Madison James, Inc. d/b/a Backstreet Bar and Restaurant ("Madison James") and Steven Troy ("Mr. Troy") in the related underlying lawsuit entitled *Troy v. Madison James* (docket No. 07 C 5349 in the Northern District of Illinois), that this Complaint for Declaratory Judgment filed by IMT against Madison James and Mr. Troy be dismissed without prejudice and without costs, and that an order of dismissal without prejudice may be entered hereon without further notice as all controversies between the parties have been settled and resolved.

Dated: 5/19/2008                                By: _____
                                                Esther Joy Schwartz
                                                Stellato & Schwartz, Ltd.
                                                120 North LaSalle Street, 34th Floor
                                                Chicago, Illinois 60602
                                                (312) 419-1011

                                                *Attorney for Plaintiff IMT Insurance Company*

Dated: 5·19·08     By: _____
                                      Mr. Zach Jacobs
                                      Edelman, Combs, Latturner & Goodwin, LLC
                                      120 South LaSalle Street, 18th Floor
                                      Chicago, Illinois 60603
                                      (312) 739-4200

                                      *Attorney for Defendant Steven Troy*

Dated: _____     By: _____
                                      Mr. David Baugh
                                      Baugh, Carlson & Ryan
                                      55 W. Monroe Street, Suite 600
                                      Chicago, IL 60603
                                      (312) 759-1400

                                      *Attorney for Defendant Madison James, Inc.*
                                      *d/b/a Backstreet Bar and Grill*

Dated: _____    By: _____
                            Mr. Zach Jacobs
                            Edelman, Combs, Latturner & Goodwin, LLC
                            120 South LaSalle Street, 18th Floor
                            Chicago, Illinois 60603
                            (312) 739-4200

                            *Attorney for Defendant Steven Troy*


Dated: _____    By: */s/ David Baugh*_____
                            Mr. David Baugh
                            Baugh, Carlson & Ryan
                            55 W. Monroe Street, Suite 600
                            Chicago, IL 60603
                            (312) 759-1400

                            *Attorney for Defendant Madison James, Inc.
                            d/b/a Backstreet Bar and Grill*