EJS (6181383)  EJS:kl  05/19/08  WHITE  17378-3-69

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| IMT INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08 C 50016 |
| ) | |
| MADISON JAMES, INC., d/b/a ) | Mag. Michael P. Mahoney |
| BACKSTREET BAR AND ) | |
| RESTAURANT, an Illinois corporation, ) | |
| and STEVEN TROY, Individual, and on ) | |
| behalf of a class, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF FILING

To:  Mr. Daniel A. Edelman               Mr. David Baugh
     Ms. Cathleen M. Combs               Ms. Gara Sliwka
     Mr. James O. Latturner              Baugh, Carlson & Ryan
     Mr. Zach Jacobs                     55 W. Monroe Street
     Elelman, Combs, Latturner & Goodwin, LLC   Suite 600
     120 South LaSalle Street, 18th Floor   Chicago, IL 60603
     Chicago, Illinois 60603

YOU ARE HEREBY NOTIFIED that on May 19, 2008, there was filed with the Clerk of the United States District Court, Northern District of Illinois, Stipulation of Voluntary Dismissal, a copy of which is attached hereto.

                                          /s/ Stellato & Schwartz, Ltd.
                                          STELLATO & SCHWARTZ, LTD.

EJS (6181383)
STELLATO & SCHWARTZ, LTD.
Attorneys for Plaintiff
120 North La Salle Street, 34th Floor
Chicago, Illinois 60602
(312) 419-1011

I certify that I served this Notice by electronically mailing a copy to each person to whom it is directed at the address above indicated by using the CM/ECF system on May 19, 2008.

                                          /s/ Esther Joy Schwartz
                                          Esther Joy Schwartz